David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| SCOTT L. LAUFENBERG<br>LISA K. LAUFENBERG,<br>    Debtor(s) | Bankruptcy No. 09-32602<br>(Chapter 7)<br>Judge R. Kimball Mosier |



## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

   \_\_\_ A     The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

   ✔ B     The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Questar Gas<br>Bankruptcy DNR 244<br>PO Box 3194<br>Salt Lake City, UT 84110-3194 | $2.09 |
| | Chris Krohn<br>Coast Crane of Utah<br>1905 Fremont Drive<br>SLC, UT 84104 | $2.03 |

| | |
|---|---|
| Intermountain Health Care<br>3930 Parkway Blvd.<br>Salt Lake City, UT 84120 | $4.08 |
| Henderson Wheel & Warehouse<br>1825 S. 300 W.<br>Salt Lake City, UT 84115 | $4.66 |

A check in the amount of $12.86 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED the day of June 3, 2011

DAVID L. MILLER
Chapter 7 Trustee